**Order entered October 19, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00333-CR

**ADRIAN CARDONA VELASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76518-M**

## ORDER

The Court **REINSTATES** the appeal.

On July 25, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the October 18, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by Christian Souza; (3) the court reporter was Belinda Baraka whose backlog of appellate records has prevented her from preparing and filing the record in this case; and (4) the trial court recommended an extension of forty-five days. We **ORDER** court reporter Belinda Baraka to file the reporter's record in this appeal no later than December 2, 2016.

/s/    ADA BROWN
JUSTICE